**STATE of Missouri, Respondent,**

v.

**Bobby RAMSEY, Appellant.**

**No. WD 33946.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mary Stewart Tansey, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment entered on a jury verdict in which Ramsey was found guilty of second degree robbery. The court sentenced him to 12 years in the Missouri Department of Correction.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.